# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BROOKS HOFFMAN,

        Plaintiff,

vs.

SHEA MURPHY,

        Defendant.

Case No. 3:19-CV-00032-RCJ-CBC

**ORDER**

    Before the Court is Plaintiff's Motion to Stay and or Dismiss Defendant's Motion for Judgement of Attorney's Fees and Costs Until August 15, 2019 (ECF Nos. 26, 27). Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time (ECF Nos. 26, 27) is GRANTED.

    IT IS FURTHER ORDERED that Plaintiff shall file a response to Defendant's Motion for Attorney's Fees (ECF No. 24) on or before November 25, 2019.

    IT IS FURTHER ORDERED that Plaintiff's response shall comply with Local Rule 54-14(e), "If an opposition is filed, it must set forth the specific charges that are disputed and state

///

///

with reasonable particularity the basis for the opposition. The opposition must include affidavits to support any contested fact."

IT IS SO ORDERED.

Dated this 4th day of November, 2019.

_____
ROBERT C. JONES
United States District Judge